CENNA B. HAYWOOD, Appellant, v. HAROLD B. HAYWOOD, Individually and as Executor of GEORGE B. HAYWOOD, Deceased, and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of SIDNEY Z. DAVIDSON, an Attorney and Counselor at Law.— Issues raised by the petition and answer referred to Hon. John B. M. Stephens, official referee. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

D. LEROY SMITHERS, Respondent, v. NARCIZO ANDRADE, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

MARIAN R. SMITHERS, an Infant, by D. LEROY SMITHERS, Her Guardian ad Litem, Respondent, v. NARCIZO ANDRADE, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

JOHN WRIGHT, as Administrator, etc., of MARY ANN WRIGHT, Deceased, Appellant, v. WEED & COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Transfer Tax on the Estate of GERALD H. SABIN, Deceased.— Order reversed, with costs, and matter remitted to the Surrogate's Court to assess transfer tax in accordance with this decision, on the authority of *Matter of Storum* (220 App. Div. 472); *Matter of Ryan* (Id. 835, affg. 129 Misc. 248, on the opinion below). (See, also, *Matter of Schaeffer*, 130 Misc. 436; *Matter of Dean*, 131 id. 125; *Matter of Shaw*, 130 id. 440.) Chapter 844 of Laws of 1928, exempting from the application of the transfer tax provisions of the statutes all proceeds of any Federal war risk insurance policy of any veteran of the world war which is payable or which may become payable to the estate of such veteran, was approved by the Governor April 6, 1928, but did not become effective until April 26, 1928 (see Legislative Law, § 43), and has no application to this proceeding. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ. [131 Misc. 451.]

SUSIE J. ALLENDORF, Appellant, v. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ARTHUR M. STAPPENBECK, Respondent, v. JOHN C. FULMER and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Clark, Sears, Crouch and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD KNOX, Appellant.— Motion to amend order of reversal to state that the reversal was upon the law only denied. We intended to decide this case upon the question of fact as to the weight of the evidence. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

LEO F. SIMPSON, Plaintiff, v. KAMOS REALTY COMPANY, INCORPORATED, Defendant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.